## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### (337) 433-9403

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

Christopher Guillory
Louisiana State Penitentiary DOC No. 464829
CBB L/L #14
Angola LA 70712


**REHEARING ACTION: September 4, 2013**


**Docket Number: 12   01473-KA**

**STATE OF LOUISIANA
VERSUS
CHRISTOPHER GUILLORY**

**Appealed from Evangeline Parish Case No. 86511FA**


**BEFORE JUDGES:**

**Hon. J. David Painter
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher Guillory** has this day been

**DENIED.**


cc: Hon. Trent Brignac, Counsel for the Appellee
    Julhelene E. Jackson, Counsel for the Appellee